AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Oscar Geovani Acosta-Vallecillo

AKA: Oscar Geovani Barahona-Rivera

IAE   YOB: 1986
Honduras
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-19-0075-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 10, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Cuevitas, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Oscar Geovani Acosta-Vallecillo was encountered by Border Patrol Agents near Cuevitas, Texas on January 10, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on January 10, 2019, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on August 6, 2012 through Houston, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On February 23, 2011, the defendant was convicted of 8 USC 1326 Reentry of Removed Alien and was sentenced to twenty four (24) months confinement and three (3) years supervised release term.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Approved by Robert Guerra AUSA

Signature of Complainant
Jose Diaz   Senior Patrol Agent

Sworn to before me and subscribed in my presence,

January 11, 2019  9:07 a.m.

Juan F Alanis                    , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer